# Exhibit A

STATE OF VERMONT

SUPERIOR COURT                                                CIVIL DIVISION
CHITTENDEN UNIT                                               Docket No. _____

CHARLENE MESSIER,                    )
    Plaintiff                         )
                                     )
    v.                                )
                                     )
UNITED AIRLINES, INC.,               )
    Defendants                        )

## SUMMONS

**THIS SUMMONS IS DIRECTED TO: UNITED AIRLINES, INC.**

    1.    **YOU ARE BEING SUED.** The plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights.

    2.    **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail the Plaintiff **a written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the Plaintiff's attorney located at:

> Jerome F. O'Neill, Esq.
> Navah C. Spero, Esq.
> Gravel & Shea PC
> P.O. Box 369
> Burlington, VT  05402-0369

You must also give or mail your Answer to the Court located at:

> Christine Brock, Clerk
> Vermont Superior Court
> Chittenden Civil Division
> 175 Main Street
> P.O. Box 187
> Burlington, VT  05402-0187

    3.    **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT GIVE YOUR WRITTEN ANSWER TO THE COURT.** If you do not Answer within 20 days and file it with the Court, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint.

5. **YOU MUST MAKE ANY CLAIMS AGAINST THE PLAINTIFF IN YOUR REPLY.** Your Answer must state any related legal claims you have against the Plaintiff. Your claims against the Plaintiff are called Counterclaims. If you do not make your Counterclaims in writing in your Answer, you may not be able to bring them up at all. Even if you have insurance and the insurance company will defend you, you must still file any Counterclaims you may have.

6. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you cannot afford a lawyer, you should ask the court clerk for information about places where you can get free legal help. **Even if you cannot get legal help, you must still give the Court a written Answer to protect your rights or you may lose the case.**

7. **NOTICE OF APPEARANCE FORM.** THE COURT NEEDS TO KNOW HOW TO REACH YOU SO THAT YOU WILL BE INFORMED OF ALL MATTERS RELATING TO YOUR CASE. If you have not hired an attorney and are representing yourself, in addition to filing the required answer it is important that you file the Notice of Appearance form attached to this summons, to give the court your name, mailing address and phone number (and email address, if you have one). You must also mail or deliver a copy of the form to the lawyer or party who sent you this paperwork, so that you will receive copies of anything else they file with the court.

Dated:  Burlington, Vermont
        May 5, 2016

_____
Jerome F. O'Neill, Esq.
Navah C. Spero, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
joneill@gravelshea.com
nspero@gravelshea.com
For Plaintiff

Served on _____    _____
              Date                          Sheriff

**STATE OF VERMONT**

**SUPERIOR COURT**          **CIVIL DIVISION**
Chittenden    Unit          Docket No.: _____

| Plaintiff(s) | VS. | Defendant(s) |
|---|---|---|
| Charlene Messier | | United Airlines, Inc. |

### NOTICE OF APPEARANCE
### For Self-Represented Litigant

I am the: ☐ Plaintiff   ☐ Defendant   In this case.

I will represent myself and, in addition to filing the required answer, I hereby enter my appearance with the court. If I decide to be represented by an attorney in the future, either my attorney or I will notify the court of the change.

In representing myself, I understand that I MUST:

1. Notify the court in writing of any changes in my address, phone number, or email address.
2. Give or send copies of any papers I file with the court to every other party in this case. If another party has an attorney, I will give or send copies to that party's attorney.
3. File a certificate of service with the court swearing that I have sent the papers I am filing to all parties. I understand that I can find that form on the Vermont Judiciary website or at the court house.

**All court papers may be mailed to me by first class mail at the address listed below.**

| My Street Address | | | My Mailing Address (if different) | | |
|---|---|---|---|---|---|
| *Name* | | | *Name* | | |
| *Address* | | | *Address* | | |
| *Town/City* | *State* | *Zip* | *Town/City* | *State* | *Zip* |
| *Phone Number (day)* | | | *Phone Number (day)* | | |
| *Email Address* | | | *Email Address* | | |

*Dated*                         *Signature*

_____    _____
                                                            *Printed Name*

STATE OF VERMONT

SUPERIOR COURT                                            CIVIL DIVISION
CHITTENDEN UNIT                                     Docket No. _____

| | |
|---|---|
| CHARLENE MESSIER,<br>    Plaintiff<br><br>    v.<br><br>UNITED AIRLINES, INC.<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Charlene Messier, by her attorneys, Gravel & Shea PC, hereby complains of Defendant and alleges as follows:

### Nature of Action

1. This is an action arising out of the failure of Defendant United Airlines, Inc. to properly maintain a jet bridge that it leases at the Burlington International Airport, thereby proximately causing injury to the Plaintiff.

### Parties

2. Plaintiff is a resident of Vermont.

3. Defendant United Airlines, Inc. ("United") is a Delaware corporation registered to do business in Vermont. United provides airline flight services at the Burlington International Airport.

gravel &
shea | ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

## Facts

4. On February 20, 2015, Plaintiff walked down a jet bridge at the Burlington International Airport to board a United flight from Burlington to Newark.

5. Defendant had chosen to permit icy conditions to exist on the jet bridge.

6. Plaintiff fell due to the icy conditions and experienced a three-part fracture of the humerus bone in her left arm.

7. Plaintiff suffered damages including, but not limited to, past and future medical expenses, pain and suffering and lost enjoyment of life.

## Cause of Action

8. As a common carrier, Defendant United had a duty to passengers such as Plaintiff to exercise utmost care for the safety of its passengers.

9. Defendant breached its duty, thus proximately causing injury and damages to Plaintiff.

## Relief Requested

WHEREFORE, Plaintiff prays that judgment be entered in her favor against Defendant for damages as determined by the trier of fact, together with interest, costs, attorneys' fees and such other and further relief as this Court deems just and proper.

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

- 2 -

## JURY DEMAND

**Plaintiff demands trial by jury of all issues so triable.**

Dated:  Burlington, Vermont
        May 5, 2016

 

/s/ Jerome F. O'Neill

Jerome F. O'Neill, Esq.
Navah C. Spero, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
joneill@gravelshea.com
nspero@gravelshea.com
For Plaintiff

<11023811v7/JFO>

gravel &
shea  ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

- 3 -

 **CT Corporation**

**Service of Process Transmittal**
05/09/2016
CT Log Number 529129769

TO: Allyson Hawkins
United Airlines, Inc.
1600 Smith - HQS LG, 15th Floor
Houston, TX 77002

RE: **Process Served in Vermont**

FOR: United Airlines, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Charlene Messier, Pltf. vs. United Airlines, Inc., Dft. |
| DOCUMENT(S) SERVED: | Return, Summons, Notice, Complaint |
| COURT/AGENCY: | Chittenden County Superior Court, VT<br>Case # None Specified |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - On February 20, 2015 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Williston, VT |
| DATE AND HOUR OF SERVICE: | By Process Server on 05/09/2016 at 14:16 |
| JURISDICTION SERVED: | Vermont |
| APPEARANCE OR ANSWER DUE: | Within 20 days of the date you received this summons |
| ATTORNEY(S) / SENDER(S): | Jerome F. O' Neill<br>Gravel & Shea PC<br>76 St. Paul Street<br>7th Floor<br>Burlington, VT 05402-0369<br>802-658-0220 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 05/09/2016, Expected Purge Date: 05/14/2016<br><br>Image SOP<br><br>Email Notification, Allyson Hawkins  allyson.hawkins@united.com<br><br>Email Notification, Lauren Doerries  lauren.doerries@united.com |
| SIGNED:<br>ADDRESS:<br><br><br>TELEPHONE: | C T Corporation System<br>400 Cornerstone Drive<br>Suite 240<br>Williston, VT 05495-4037<br>617-757-6404 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## CHITTENDEN COUNTY SHERIFF'S OFFICE
### P.O. BOX 1426
### BURLINGTON, VERMONT 05402

### RETURN OF SERVICE

Messier vs. United Airlines

Docket # _____

On the __9__ day of __May__, 20__16__, I made service of the following document(s) upon the defendant __United Airlines Inc__

- ☒ Summons
- ☒ Complaint,
- ☐ Motion(s)
- ☐ Affidavit
- ☐ Summons to Trustee
- ☐ List of Exemptions
- ☐ Trustee Disclosure Under Oath
- ☐ Order to Escrow Rent
- ☐ Notice to Vacate
- ☐ Subpoena - Witness fees of _____
- ☒ Notice of Appearance
- ☐ Interrogatories
- ☐ Exhibit(s)
- ☐ Writ of Possession
- ☐ Judgment Order
- ☐ Order _____
- ☐ Memorandum of Law
- ☐ Notice of Hearing _____
- ☐ Writ of Attachment
- ☐ Recognizance

☐ by delivering a copy of the same to the defendant.
☒ by delivering a copy of the same to __Brett Powell Esq Hunt for CT Corp Systems registered__

☐ a person of suitable age and discretion and then and there a resident at the usual place of abode of said defendant.

☐ At _____ Williston

Vermont, (for each of them) a copy thereof with my return endorsed thereon.

Service _____   Copies $ _____
Travel _____    Miles _____
Postage _____
Copying _____   Copies _____
Other _____

TOTAL  $ _____

Sheriff/Deputy Sheriff